IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA CALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 01-717-GPM ) |
| THE AMERITECH MANAGEMENT PENSION PLAN, | ) ) ) |
| Defendant. | ) ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter came before the Court on cross motions for summary judgment. The issues having been duly heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered on March 10, 2004 (*see* Doc. 85), judgment is entered in favor of the class as certified on August 26, 2003 (*see* Doc. 81).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the parties' joint stipulation regarding remedial methodology and additional benefit calculations (*see* Doc. 102), this Court's Order dated September 7, 2005 (*see* Doc. 116), and the revised spreadsheet submitted on November 15, 2005 (*see* Doc. 130), Ameritech Management Pension Plan shall pay the members of the class the amount of $22,147,519.59.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order dated November 16, 2005, the Plan shall also pay class counsel fees in the amount of $9,046,169.97, an

amount equal to 29% of the total recovery ($31,193,689.56) on behalf of the class.

**IT IS FURTHER ORDERED AND ADJUDGED** that class counsel shall pay an incentive award of $15,000 to Linda Call out of the attorney fees paid by the Plan and shall also reimburse themselves for any expenses they already have incurred or will incur in the future out the attorney fees awarded by this Court.

**DATED**: 11/16/2005

                                        NORBERT G. JAWORSKI, CLERK

                              By:  s/ Linda M. Cook
                                      Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                  G. PATRICK MURPHY
                  CHIEF U.S. DISTRICT JUDGE